# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD KERNS, et al., | Case No.: 2:18-cv-00920-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 16] |
| JASON GREENBAUM, | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to amend the complaint, filed on September 21, 2018. Docket No. 16. To date, no response has been filed. Accordingly, the Court **GRANTS** the motion as unopposed. *See* Local Rule 7-2(d).[1] Within seven days of the issuance of this order, Plaintiffs shall file and serve the amended complaint. *See* Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: October 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It is within a magistrate judge's authority to grant leave to amend the complaint. *Vandehey v. Real Soc. Dynamics, Inc.*, 2017 WL 4411042, at *1 n.4 (D. Nev. Oct. 4, 2017) (citing *U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff*, 768 F.2d 1099, 1102 n.1 (9th Cir. 1985) and *Morgal v. Maricopa Cnty. Bd. of Sup'rs.*, 284 F.R.D. 452, 458 (D. Ariz. 2012)).

1