# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD KERNS, et al.,<br>　　　Plaintiff(s),<br>v.<br>JASON GREENBAUM,<br>　　　Defendant(s). | Case No.: 2:18-cv-00920-GMN-NJK<br>**Order**<br>[Docket No. 33] |

　　Pending before the Court is a stipulation to vacate the settlement conference in light of the parties' settlement, Docket No. 33, which is **GRANTED**. Dismissal papers shall be filed by August 23, 2019.

　　IT IS SO ORDERED.

　　Dated: July 23, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge